UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN HANCOCK LIFE
INSURANCE COMPANY (U.S.A.),**

          **Plaintiff,**

**v.**                          **Case No.  6:23-cv-1883-CEM-DCI**

**DONALD L. MCBATH, DONNA
R. BASSETT, and BRENDA S.
MCBATH,**

          **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Motion for Leave to Amend Answer (Doc. 42). The United States Magistrate Judge issued a Report and Recommendation (Doc. 55), recommending that the Motion be denied, (*id.* at 4).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 55) is **ADOPTED** and made a part of this Order.

2. Defendants' Motion for Leave to Amend Answer (Doc. 42) is

**DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record